# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSEPH COURSEY,**

      **Plaintiff,**

**v.**                                               **Case No: 6:22-cv-126-CEM-GJK**

**FUTURE MOTION, INC.,**

      **Defendant.**

## NOTICE OF SETTLEMENT

Eitan J. Goldrosen of the law firm of Morgan & Morgan, P.A., hereby files his Notice of Settlement in the above-captioned action and states that on or about July 31, 2023, attorney for Plaintiff, Joseph Coursey and attorneys for Defendant, Future Motion, John Wackman of Nilan Johnson and Andrea J. Rosholt of Rosholt Law, PLLC came to an agreement regarding the resolution of this matter.

**DATED:** August 1, 2023,                      Respectfully submitted,

                                                                  /s/ *Eitan J. Goldrosen*
                                                                   **EITAN J. GOLDROSEN, ESQ.**
                                                                   Florida Bar No.:  1025140
                                                                   **Morgan & Morgan, P.A.**
                                                                   20 North Orange Avenue, Suite 1600
                                                                   Orlando, FL 32801
                                                                   Telephone: (321) 361-3537
                                                                   Primary Email: eebrahimi@forthepeople.com
                                                                   Secondary Email: csmaya@forthepeople.com
                                                                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2023, sent via email this Notice of Appearance to the following parties:

Michael R. Holt
Rumberger, Kirk & Caldwell, PA
80 SW 8th St - Ste 3000
Miami, FL 33130
407/872-7300
Email: **mholt@rumberger.com**
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Ligianette Cordova
Rumberger Kirk & Caldwell
FL
80 SW 8th Street
Suite 3000
Miami, FL 33130
305-358-6555
Email: **lcordova@rumberger.com**
ATTORNEY TO BE NOTICED

Andrea J. Rosholt, Esq.
Rosholt Law PLLC
Email: **andrea@rosholtlaw.com**

John Wackman, Esq.
Nilan Johnson
Email: **jwackman@nilanjohnson.com**

/s/ *Eitan J. Goldrosen*
Attorney